# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JUANITA MORENO,

                    Plaintiff,

        v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

                    Defendant.

)
)
)
)
)
)
)
)
)
)
)
)

Case No. CV 09-3644-JEM

**JUDGMENT**

    In accordance with the Memorandum Opinion and Order Reversing Decision of Commissioner and Remanding for Immediate Award of Benefits filed concurrently herewith,

    IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is REVERSED and REMANDED for immediate award of benefits.

DATED: August 11, 2010

                        */s/ John E. McDermott*
                        JOHN E. MCDERMOTT
                    UNITED STATES MAGISTRATE JUDGE