1  Steven G. Rosales
   Attorney at Law: 222224
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-8868
   E-mail: steven_rohlfing.office@speakeasy.net
5
   Attorneys for Plaintiff
6  Juanita Moreno

7

8              **UNITED STATES DISTRICT COURT**
               **CENTRAL DISTRICT OF CALIFORNIA**
9                     **WESTERN DIVISION**

10

11  JUANITA MORENO,                    ) Case No.: CV 09-3644 JEM
                                        )
12         Plaintiff,                   ) ~~{PROPOSED}~~ ORDER AWARDING
                                        ) EQUAL ACCESS TO JUSTICE ACT
13      vs.                             ) ATTORNEY FEES AND EXPENSES
                                        ) PURSUANT TO 28 U.S.C. § 2412(d)
14  MICHAEL J. ASTRUE,                  ) AND COSTS PURSUANT TO 28
    Commissioner of Social Security,    ) U.S.C. § 1920
15                                      )
           Defendant                    )
16  _____ )

17

18       Based upon the parties' Stipulation for the Award and Payment of Equal

19  Access to Justice Act Fees, Costs, and Expenses:

20       IT IS ORDERED that fees and expenses in the amount of $3,900.00 as

21  authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

    DATE:  October 7, 2010
22
                    */s/John E. McDermott*_____
23                  THE HONORABLE JOHN E MCDERMOTT
                    UNITED STATES MAGISTRATE JUDGE
24

25

26

-1-